IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JOHN RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>  Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN HAMBURGER & PIE CO.; LOUIS WINDHURST III; and ALYCE WINDHURST,<br><br>  Defendants. | **Case No.** 3:24-cv-00354-SK<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

PLEASE TAKE NOTICE that the parties have reached a settlement in principle resolving all of Plaintiff's claims. Plaintiff anticipates that dismissal documents will be filed by May 31, 2024.

Date: May 2, 2024                                                    ALLACCESS LAW GROUP


                                                                                  */s/ Irakli Karbelashvili*
                                                                                  By IRAKLI KARBELASHVILI
                                                                                  Attorney for Plaintiff
                                                                                  JOHN RODGERS


NOTICE OF SETTLEMENT IN PRINCIPLE

1