IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JOHN RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN HAMBURGER & PIE CO.; LOUIS WINDHURST III; and ALYCE WINDHURST,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00354-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff JOHN RODGERS dismisses this entire action with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) with each side bearing their own attorney fees, costs, and litigation expenses. Neither defendant has filed an answer or a motion for summary judgment.

Date: June 5, 2024　　　　　　　　　　　　　　ALLACCESS LAW GROUP


　　　　　　　　　　　　　　　　　　　　　　 */s/ Irakli Karbelashvili*
　　　　　　　　　　　　　　　　　　　　　　By IRAKLI KARBELASHVILI
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　JOHN RODGERS


NOTICE OF VOLUNTARY DISMISSAL

1